Submitted March 10, affirmed December 9, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TED SHANE CONKLIN,
*Defendant-Appellant.*

Lane County Circuit Court
16CR22033, 17CR79053;
A168675 (Control), A168674

477 P3d 436

Debra K. Vogt, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Eric Johansen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Horner*, 306 Or App 402, 474 P3d 394 (2020).